U51645-03

Abel Acosta, Clerk

Court Of Criminal Appeals

P.O. Box 12308, Capitol Station

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

Re: Ronald Dean Gilbert

CCA No. WR-65,645-03

Trial Court Case No. W05-72651- V(A)

Date: May 27, 2015

Dear Ms. Acosta

I am writing this letter to your office concerning the date ~~~~ of when my Appeals the Judgment became final.

Would you please check your files and let me Know When the Rulings was made by the Court.

Your assistance in this matter would be Greatly Appreciated.

Sincerely,

Ronald D. Gilbert

HOBBY